UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ) | |
| Brown, cardboard box with a UPS shipping ) | |
| label bearing tracking number 1ZA9830W8477735558, ) | 22-mj- 231-01-AJ |
| which was provided by UPS to the FBI on ) | |
| November 8, 2022 in Manchester, NH ) | |

MOTION TO SEAL AT LEVEL II: ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on May 9, 2023, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Motion To Seal Entire Matter Related to Search Warrant
Page 2 of 2

This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

>                             Respectfully submitted,
>
>                             JANE E. YOUNG
>                             United States Attorney

Dated: November 10, 2022      By: /s/ Debra M. Walsh
                                  Debra M. Walsh
                                  Assistant United States Attorney
                                  Bar No: NY 2369627
                                  United States Attorney's Office
                                  53 Pleasant Street, 4th Floor
                                  Concord, NH   03301
                                  (603) 225-1552
                                  Deb.walsh@usdoj.gov

Motion:        ☒ Granted        ☐ Denied

*Andrea K. Johnstone* (signature)

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: **Nov 10, 2022**